344

UNITED STATES of America ex rel.
Robert Lee CHASE, Appellant,

v.

L. P. KEENAN, Warden of Allegheny
County Workhouse, and Common-
wealth of Pennsylvania.

No. 12695.

United States Court of Appeals
Third Circuit.

Argued Jan. 19, 1959.

Decided Jan. 28, 1959.

Robert Lee Chase, pro se.

Herbert J. Johnson, Jr., Dist. Atty.,
Erie, Pa., for appellees.

Before KALODNER and HASTIE,
Circuit Judges, and EGAN, District
Judge.

PER CURIAM.

Upon consideration of the record we
find no error. The judgment of the Dis-
trict Court will be affirmed.